| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP**<br>Thomas A. Dubbs (*pro hac vice forthcoming*)<br>(tdubbs@labaton.com)<br>Michael P. Canty (*pro hac vice forthcoming*)<br>(mcanty@labaton.com)<br>Thomas G. Hoffman, Jr. (*pro hac vice forthcoming*)<br>(thoffman@labaton.com)<br>140 Broadway<br>New York, New York 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477 | **LATHAM & WATKINS LLP**<br>Joshua G. Hamilton (#199610)<br>(joshua.hamilton@lw.com)<br>Michael J. Reiss (#275021)<br>(michael.reiss@lw.com)<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, California 90067<br>Tel: 424 653 5500<br><br>*Attorneys for the Debtors and Reorganized Debtors* |

*Attorneys for Lead Plaintiff the Public Employees Retirement Association of New Mexico and Lead Counsel for the Class*

[*Additional Counsel appear on signature page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E Corporation**,<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | Case No. 4:24-cv-07449 HSG<br><br>(Bankruptcy Court Case No. 19-30088-DM)<br><br>**STIPULATION TO EXTEND DEADLINE AND ORDER** |

WHEREAS, on September 26, 2024, the Reorganized Debtors filed Reorganized Debtors' Unopposed Motion for Extension of Time to File Notice of Appeal and Motion for Leave to Appeal

in the Bankruptcy Court (Bankruptcy Case No. 19-30088, ECF 14597) ("Motion for Extension"), seeking a 21-day extension;

WHEREAS, in the Motion for Extension, the Reorganized Debtors stated that "Counsel for PERA conditioned PERA's non-opposition [to the Motion for Extension] on PG&E's agreement not to oppose PERA having reciprocal time to oppose PG&E's motion for leave to appeal, should PG&E file such a motion. PG&E agrees to that condition." (Motion for Extension at 2, n.1);

WHEREAS, the RKS Claimants also consented to the Reorganized Debtors' Motion for Extension;

WHEREAS, on September 26, 2024, the Bankruptcy Court granted the Motion for Extension and ordered October 24, 2024, as the deadline for the Reorganized Debtors to file a Motion for Leave to Appeal (Bankruptcy Case No. 19-30088, ECF 14599);

WHEREAS, on October 24, 2024, the Reorganized Debtors filed their Notice of Appeal and Motion for Leave to Appeal (Bankruptcy Case No. 19-30088, ECF 14618-14619); and

WHEREAS, pursuant to PERA and the Reorganized Debtors' agreement to provide a reciprocal extension of time for PERA to respond to the Notice of Appeal and Motion for Leave to Appeal (Bankruptcy Case No. 19-30088, ECF 14597 at 2, n. 1) and the RKS Claimants' request for additional time;

NOW, THEREFORE, it is stipulated and agreed among the undersigned Parties, and respectfully submitted for the Court's approval as follows:

1.  PERA's response to the Notice of Appeal and Motion for Leave to Appeal (ECF 14618-14619) shall be filed no later than December 3, 2024, or as otherwise directed by the Court. The RKS Claimants' response to the Notice of Appeal and Motion for Leave to Appeal (ECF 14618-14619) shall likewise be filed no later than December 3, 2024, or as otherwise directed by the Court.

| | | |
|---|---|---|
| 1 | DATED: November 5, 2024 | /s/ Michael P. Canty |
| 2 | | Michael P. Canty (*pro hac vice*) |
| | | LABATON KELLER SUCHAROW LLP |
| 3 | | Thomas A. Dubbs (*pro hac vice forthcoming*) |
| | | Michael P. Canty (*pro hac vice forthcoming*) |
| 4 | | Thomas G. Hoffman Jr. (*pro hac vice forthcoming*) |
| | | 140 Broadway |
| 5 | | New York, NY 10005 |
| | | Telephone: (212) 907-0700 |
| 6 | | Facsimile: (212) 818-0477 |
| 7 | | Email: tdubbs@labaton.com |
| | | mcanty@labaton.com |
| 8 | | thoffman@labaton.com |

*Counsel for Lead Plaintiff the Public Employees Retirement Association of New Mexico*

WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP
James M. Wagstaffe (#95535)
Frank Busch (#258288)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 357-8900
Facsimile: (415) 371-0500
Email: wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Liaison Counsel for Plaintiffs*

ROBBINS GELLER RUDMAN & DOWD LLP
Willow E. Radcliffe (#200087)
Kenneth J. Black (#291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
Darren J. Robbins (#168593)
Brian E. Cochran (#286202)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

3

STIPULATION AND ORDER
CASE NO. 4::24-CV-07449 HSG

619/231-7423 (fax)
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

*Counsel for the Securities Act Plaintiffs*

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
Thomas C. Michaud
79 Alfred Street
Detroit, MI  48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
Email: tmichaud@vmtlaw.com

*Additional Counsel for the Securities Act Plaintiffs*

LOWENSTEIN SANDLER LLP
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill (*pro hac vice*)
Colleen Restel (*pro hac vice*)
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973.597.2500
Facsimile: 973.597.2400
Email: metkin@lowenstein.com
abehlmann@lowenstein.com
scargill@lowenstein.com
crestel@lowenstein.com

*Special Bankruptcy Counsel to
Securities Lead Plaintiff and the Class*

MICHELSON LAW GROUP
Randy Michelson
220 Montgomery St., Suite 2100
San Francisco, California 94104
Telephone: 415.512.8600
Facsimile: 415.512.8601
Email:
randy.michelson@michelsonlawgroup.com

*Local Bankruptcy Counsel to Securities
Lead Plaintiff and the Class*

<u>/s/ Richard A. Bodnar</u>
ROLNICK KRAMER SADIGHI LLP
Richard A. Bodnar (*pro hac vice*)
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, NY 10119

4

STIPULATION AND ORDER
CASE NO. 4::24-CV-07449 HSG

|   |   |
|---|---|
| 1 | Telephone 212.597.2800 |
| 2 | Facsimile 212.597.2801 |
| 3 | *Counsel for the RKS Claimants* |
| 4 | */s/ Michael J. Reiss* <br> Joshua G. Hamilton |
| 5 | LATHAM & WATKINS LLP <br> Joshua G. Hamilton (#199610) |
| 6 | (joshua.hamilton@lw.com) <br> Michael J. Reiss (#275021) |
| 7 | (michael.reiss@lw.com) <br> 10250 Constellation Blvd., Suite 1100 |
| 8 | Los Angeles, California 90067 <br> Tel: 424 653 5500 |
| 9 | LATHAM & WATKINS LLP |
| 10 | James E. Brandt (pro hac vice) <br> (james.brandt@lw.com) |
| 11 | 1271 Avenue of the Americas <br> New York, NY 10020 |
| 12 | Tel: 212 906 1200 |
| 13 | WEIL, GOTSHAL & MANGES LLP <br> Richard W. Slack (pro hac vice) |
| 14 | (richard.slack@weil.com) <br> Jessica Liou (pro hac vice) |
| 15 | (jessica.liou@weil.com) <br> Matthew Goren (pro hac vice) |
| 16 | (matthew.goren@weil.com) <br> 767 Fifth Avenue |
| 17 | New York, NY 10153-0119 <br> Tel: (212) 310-8000 |
| 18 | Fax: (212) 310-8007 |
| 19 | KELLER BENVENUTTI KIM LLP <br> Jane Kim (#298192) |
| 20 | (jkim@kbkllp.com) <br> David A. Taylor (#247433) |
| 21 | (dtaylor@kbkllp.com) <br> Thomas B. Rupp (#278041) |
| 22 | (trupp@kbkllp.com) <br> 425 Market St., 26th Floor |
| 23 | San Francisco, CA 94105 <br> Tel: (415) 496-6723 |
| 24 | Fax: (650) 636 9251 |
| 25 | *Attorneys for the Debtors and Reorganized Debtors* |
| 26 |   |
| 27 | *[signature: Haywood S. Gilliam Jr.]* |
| 28 | Hon. Haywood S. Gilliam, Jr. |

5

STIPULATION AND ORDER
CASE NO. 4::24-CV-07449 HSG