United States District Court
Northern District of California

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

In re: PG&E Corp. and Pacific Gas and
Electric Company
                                               ,

5

Plaintiff(s),

6

v.

7

,

8

Defendant(s).

9

Case No. 4:24-cv-07449 HSG

**APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE;
ORDER**
(CIVIL LOCAL RULE 11-3)

10

I, __Thomas Gregory Hoffman, Jr.__, an active member in good standing of the bar of

11

__the State of New York__, hereby respectfully apply for admission to practice pro hac

12

vice in the Northern District of California representing: Public Employees Retirement Association of New Mexico  in the

13

above-entitled action. My local co-counsel in this case is __James Matthew Wagstaffe__, an

14

attorney who is a member of the bar of this Court in good standing and who maintains an office

15

within the State of California.  Local co-counsel's bar number is: __95535__.

16

Labaton Keller Sucharow LLP, 140 Broadway,
New York, NY  10005-1108

17

M Y ADDRESS OF RECORD

18

212 907-0744

M Y TELEPHONE # OF RECORD

19

20

thoffman@labaton.com

M Y EMAIL ADDRESS OF RECORD

Adamski Moroski Madden Cumberland & Green LLP,
P.O. Box 3835, San Luis Obispo, CA  93403

L OCAL CO-COUNSEL'S ADDRESS OF RECORD

415 357-8900

L OCAL CO-COUNSEL'S TELEPHONE # OF RECORD

wagstaffe@ammcglaw.com

L OCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22

I am an active member in good standing of a United States Court or of the highest court of

23

another State or the District of Columbia, as indicated above; my bar number is: __NY 4358412__.

24

A true and correct copy of a certificate of good standing or equivalent official document

25

from said bar is attached to this application.

26

I have been granted pro hac vice admission by the Court ___one___ times in the 12 months

27

preceding this application.

28

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: November 27, 2024                              Thomas Gregory Hoffman, Jr.
                                                            APPLICANT
5

6    ═══════════════════════════════════════════════════════════════════════════════

7

8                            ORDER GRANTING APPLICATION

9                      FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of   Thomas Gregory Hoffman, Jr.   is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: 12/2/2024

16

17   _Haywood S. Gill Jr._____
     UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Thomas Gregory Hoffman, Jr.

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 25, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on November 8, 2024.

*Clerk of the Court*

CertID-00199646



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/